UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTOINETTE PUSATERI,

                Plaintiff,

v.

LOWE'S HOME CENTER, INC. and
LOWE'S COMPANIES, INC.,

                Defendants.

**STIPULATION OF DISCONTINUANCE**

Case No.: 2:21-cv-00739

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action and all claims and counterclaims therein be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 2, 2021

CERUSSI & GUNN, P.C.

_____
Brian R. Gunn, Esq.
*Attorneys for Plaintiff*
300 Garden City Plaza, Suite 308
Garden City, New York 11530
(516) 745-1300
gunn@cerussilawfirm.com

GOLDBERG SEGALLA LLP

_____ 10/01/2021
Kenneth L. Bostick, Jr., Esq.
*Attorneys for Defendants*
665 Main Street
Buffalo, New York 14203
(716) 566-5400
kbostick@goldbergsegalla.com

**SO ORDERED:**

**/s/ JOANNA SEYBERT**
Joanna Seybert U.S.D.J.

The Clerk of the Court is directed to mark this case CLOSED.

Dated: October 4, 2021
       Central Islip, New York

31055556.v1